John E. Bragonje
Nevada Bar No. 9519
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: John.Bragonje@wbd-us.com

*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK MEDINA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, and ROE CORPORATIONS I through X, inclusive<br><br>　　　　Defendants. | Case No.:<br><br>**PETITION FOR REMOVAL OF A CIVIL ACTION**<br>**[28 U.S.C. §§ 1331, 1441(a)]** |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

The removing party, defendant Portfolio Recovery Associates, LLC ("PRA"), respectfully shows:

### PROCEDURAL HISTORY OF STATE COURT ACTION

1. PRA is a defendant in the above-entitled action.

2. Plaintiff Frank Medina ("Plaintiff") commenced this action on February 4, 2025, in the Eighth Judicial District Court of the State of Nevada, in and for the County of Clark, and it is now pending in that court under the designated case number A-25-911754-C, in Department 27 (the "State Court Action").

3. Plaintiff's complaint is removable to this Court under 28 U.S.C. § 1331 because it asserts a single claim arising under federal law for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"). In short, Plaintiff alleges PRA violated 15

U.S.C. § 1692c(b) by disclosing information about Plaintiff's alleged debt to a third-party mailing vendor. PRA denies these allegations.

4. PRA first received the complaint filed in the State Court Action via email on February 14, 2025.

5. Under 28 U.S.C. §1446(b)(1), this petition for removal is timely and proper, because it comes within thirty days of PRA's receipt, through service or otherwise, of a copy of the initial pleading against PRA, setting forth the claims for relief upon which this action is based.

## THIS COURT HAS FEDERAL QUESTION JURISDICTION

6. Because Plaintiff's claims arise under federal law, specifically, the FDCPA, and because the State Court Action is currently pending in the state of Nevada, this action is properly removed to this Court, pursuant to 28 U.S.C. §§ 1331 and 1441(a).

7. Copies of all process and pleadings in the State Court Action are attached hereto as **Exhibit 1** and incorporated by this reference.

8. A true and correct copy of this petition will be provided to Plaintiff and filed with the Clerk of the Eighth Judicial District Court in the State Court Action.

9. PRA reserves the right to amend or supplement this petition.

WHEREFORE, PRA prays that this action be removed to the United States District Court for the District of Nevada.

DATED this 14th day of March, 2025.

WOMBLE BOND DICKINSON (US) LLP

By: /s/ John E. Bragonje
John E. Bragonje
John.Bragonje@wbd-us.com
Nevada Bar No. 9519
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8298

*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*



# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2025, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to the following:

MICHAEL KIND, ESQ.
MATTHEW TRIPP-COX, ESQ.
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
Email: *mk@kindlaw.com*
*matthew.tripp-cox@kindlaw.com*

*Attorneys for Plaintiff*

By: */s/ Luz Horvath*
Luz Horvath
Employee of Womble Bond Dickinson (US) LLP

## INDEX OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1 | State Court Filings<br>*Eighth Judicial District Court, Clark County, Case No. A-25-911754-C* |